IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRIAN DAVID BRADSHAW, #174849**                                           **PETITIONER**

**VERSUS**                                              **CIVIL NO. 1:14-CV-445-HSO-RHW**

**JIM HOOD, Attorney General**                                              **RESPONDENT**
**for the State of Mississippi**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order Denying Petitioner Brian David Bradshaw's Petition for Habeas Corpus Relief issued this day, it is hereby,

**ORDERED AND ADJUDGED** that the Petition for habeas corpus relief is **DENIED** for Petitioner's failure to exhaust his available state court remedies, and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28th day of January, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE