### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**BRIAN DAVID BRADSHAW, #174849**                                  **PETITIONER**

**VERSUS**                                    **CIVIL NO.  1:14-CV-445-HSO-RHW**

**JIM HOOD, Attorney General**                                  **RESPONDENT**
**for the State of Mississippi**

### CERTIFICATE OF APPEALABILITY

A final order adverse to the Petitioner having been filed in the captioned habeas corpus case filed pursuant to 28 U.S.C. § 2254, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

  X    A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

  __    A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED**, this the 28th day of January, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE